R. Mitchell (SBN 172664)
Attorney at Law
3705 Meadow Vista Trail
Lithonia, GA 30038
510.836.2097 (ph)/510.380.6431 (fax)
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Bernard Mitchell, | |
|---|---|
| Plaintiff(s), | Case No.: 8:15-cv-01307-CJC-JCG |
| vs. | |
| Deutsche Bank National Trust Company, Trustee of the Asset Securitization Trust 2007-A8 Mortgage Pass through Certification Series 2007-11 Under Pooling and Servicing Agreement Dated June 1, 2007, its Assigns and/or Successors of Interest and Does 1-10. | Notice of Proof of Service of Summons and Complaint and Related Documents<br><br>Case Filed: August 16, 2015 |
| Defendant(s). | |

Notice is hereby given that service upon the Defendant **Deutsche Bank National Trust Company, Trustee of the Asset Securitization Trust 2007-A8 Mortgage Pass through Certification Series 2007-11 Under Pooling and Servicing Agreement Dated June 1, 2007, its Assigns and/or Successors of Interest** was duly served on the date noted. **Exhibits A and B.**

A courtesy notice of litigation and the filing of the Complaint had also served upon the last known attorney for the Defendant in other matters on Monday August 17, 2015. **See Exhibit C.**

Dated August 21, 2015

_____

**Notice of Completion of Service of Process 1**

1
2   *Raye Mitchell* (signature)
3   _____
4   Raye Mitchell
5   Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____

**Notice of Completion of Service of Process 2**

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>raye mitchell, 172664<br>Mitchell Law Group<br>1300 Clay Street Suite 600<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 836-2097<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court, Central District of California  411 West Fourth St Sa

| PLAINTIFF/PETITIONER: Bernard Mitchell | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Deutsche Bank Trust Company, as Trustee | 8:15-cv-01307-CJC-JCG |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Complaint, Summons, List of Exhibits and Reference List, Civil Cover Sheet, Notice to Parties of Court-Direc ADR Program, Notice of Assignment to United States Judges, Plaintiffs' Notice of Pendency of Action

*by Fax*

3. a. Party served: Deutsche Bank National Trust Company, Trustee of the Asset Securitization Trust 2007-A8 Mortgage Pass through Certification Series 2007-11 Under Pooling and Servicing Agreement Dated June 1, 2007,

   b. Person Served: Suzanne Patten - Person authorized to accept service of process

4. Address where the party was served: 1761 East Saint Andrew Place
   Santa Ana, CA 92705

5. I served the party
   b. **by substituted service.** On (date): 8/19/2015     at (time): 3:02 PM     I left the documents listed in item 2 with or in the presence of: Suzanne Patten
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Deutsche Bank National Trust Company, Trustee of the Asset Securitization Trust 2007-A8 Mortgage Pass through Cer

   under:   Other: Business Organization Form Unknown

7. **Person who served papers**
   a. Name:     Andrew Swatzell
   b. Address:  One Legal - 194-Marin
                504 Redwood Blvd #223
                Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 144.16
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. PSC # 2246
         (iii) County ORANGE

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 8/21/2015

Andrew Swatzell
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                    **PROOF OF SERVICE OF SUMMONS**                    Code of Civil Procedure, § 417.10

OL# 7395508

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| raye mitchell, 172664<br>Mitchell Law Group<br>1300 Clay Street | (510) 836-2097 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California   411 West Fourth St San

| PLAINTIFF: |
|---|
| Bernard Mitchell |
| DEFENDANT: |
| Deutsche Bank Trust Company, as Trustee |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>8:15-cv-01307-CJC-JCG |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 8/20/2015, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B), or service under CCP 415.95(a) was made (if applicable), I mailed copies of the:

Complaint, Summons, List of Exhibits and Reference List, Civil Cover Sheet, Notice to Parties of Court-Directed ADR Program, Notice of Assignment to United States Judges, Plaintiffs' Notice of Pendency of Action

By Fax

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

Deutsche Bank National Trust Company, Trustee of the Asset Securitization Trust 2007-A8 Mortgage Pass through Certification Series 2007-11 Under Pooling and Servicing Agreement Dated June 1, 2007, its Assigns and/or Successors of Interest
Suzanne Patten

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $144.16

| Khari Wyatt<br>Andrew Swatzell<br>One Legal - 194-Marin<br>504 Redwood Blvd #223<br>Novato, CA 94947 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 8/21/2015 at Los Angeles, California.<br><br>Khari Wyatt<br>OL# 7395508 |
|---|---|



**Law Office of Raye Mitchell**
3705 Meadow Vista Trail
Lithonia, GA 30028
510.836.2097 (ph)
510.380.6531(fax)
email: raye@rayemitchell.com

August 17, 2015

***Via Facsimile 415.956.0439***
Mark D. Lonergan
Swerson & Werson LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Re:   *Mitchell vs. Deutsche Bank, As Trustee*
      United States District Court Central District of California
      **Civil Case No.  8:15-cv-01307-CJC-JCG**

Dear Mr. Lonergan:

My office represents Mr. Bernard Mitchell in the above matter electronically filed in the USDC Central District Court on August 16, 2015. A Summons has been issued and will be served upon your client. In compliance with the USDC Civility and Professionalism Guidelines, I am providing a courtesy notice of the Complaint that is available online through PACER.

In a previous letter, Mr. Mitchell inquired if your office was authorized to accept ordinary service of process in lieu of service upon your clients. It was not a request for waiver of service of summons. I will be dispatching the Complaint and related documents for process service tomorrow to Deutsche Bank, unless your office advices that it is authorized to accept service of process at your offices.

In addition to providing a courtesy copy and notice of filing the complaint, I want to advise you of my availability to discuss resolution and or any proposed motions that the Defendant may want to file with the Court. Again, pursuant to the Civility and Professionalism Guidelines, Guideline 8 states that "[b]efore filing a motion with the court, we will engage in more than a mere pro forma discussion of its purpose in an effort to resolve the issue with opposing counsel.

   I do not presume to speak for Deutsche Bank's position on these matters, but as indicated in the Complaint, Plaintiff has found absolutely no objective evidence that any loan was ever assigned to Deutsche Bank by IndyMac F.S.B. at any time prior to its seizure by the FDIC.  Still further, the FDIC confirms that it was only servicing loan number 1009875764 and it was only loan number 1009875764 that was the subject of the sale of loan servicing rights to One West Bank. In addition, the FDIC has absolutely no records of a loan no. 12570295 or any purported merger of the two loans. See the enclosed disclosure by the FDIC under the FOIA. If this concept of a different "investor loan" ever came into existence, one would expect the FDIC to have some records and the absence of such is deadly to Deutsche Bank's claims.  This whole concept appears to be the construct of One West Bank and Deutsche Bank.

   While Deutsche Bank seeks to argue in theory that there was one loan, it must meet Rule 11 pleading standards and present some proof.  Furthermore, the onus was never upon the plaintiff to sort out the convoluted story that Deutsche Bank now presents about one loan with two loan numbers and some unspecified assignment date.

   After a review of the Complaint, I am open for a conference call as to any proposed motion your client may want to pursue.  Please advice if you can accept service for your client.  I will send out tomorrow.

Regards,

*/s/ Raye Mitchell*

Raye Mitchell

2