JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
LASZLO LADI (State Bar No. 265564)
ll@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
DEUTSCHE BANK NATIONAL TRUST
COMPANY, TRUSTEE OF THE ASSET
SECURITIZATION TRUST 2007-A8
MORTGAGE PASS THROUGH
CERTIFICATION SERIES 2007-11
UNDER POOLING AND SERVICING
AGREEMENT DATED JUNE 1, 2007,
ITS ASSIGNS AND/OR SUCCESSORS
OF INTEREST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| BERNARD MITCHELL,<br><br>    Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE OF THE ASSET SECURITIZATION TRUST 2007-A8 MORTGAGE PASS THROUGH CERTIFICATION SERIES 2007-11 UNDER POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2007, ITS ASSIGNS AND/OR SUCCESSORS OF INTEREST AND DOES 1-10,<br><br>    Defendants. | Case No. 8:15-cv-01307-CJC-JCG<br><br>**NOTICE OF INTERESTED PARTIES** |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 7.1-1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Deutsche Bank National Trust Company is 100% owned by Deutsche Bank Holdings, Inc. which is 100% owned by Deutsche Bank Trust Corporation which is 100% owned by Taunus Corporation which is 100% owned by Deutsche Bank AG. Deutsche Bank AG is a publicly traded company.

DATED: September 9, 2015

SEVERSON & WERSON
A Professional Corporation

By: */s/ Laszlo Ladi*
Laszlo Ladi

Attorneys for Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE OF THE ASSET SECURITIZATION TRUST 2007-A8 MORTGAGE PASS THROUGH CERTIFICATION SERIES 2007-11 UNDER POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2007, ITS ASSIGNS AND/OR SUCCESSORS OF INTEREST