IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD MITCHELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL.,<br><br>　　　　　　Defendants.<br>_____ / | No. C 15-05006 JSW<br><br>**ORDER VACATING HEARING ON PENDING MOTIONS** |

　　　Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss, the motion to strike, and the motions for sanctions which have been noticed for hearing on Friday, January 22, 2016 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

　　　**IT IS SO ORDERED.**

Dated: January 12, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE